# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128493

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

YUTAKA KURODA,
      Defendant-Appellant.

SC: 128493
COA: 251019
Oakland CC: 03-188836-FC

_____/

      On order of the Court the application for leave to appeal the February 22, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Johnson,* Docket No. 127525, is pending on appeal before this Court and the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2005

_____
Clerk

t1024